UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KARA LIVINGSTON,

    Plaintiff,

  v.

DVA RENAL HEALTHCARE, INC.
d/b/a DAVITA,

    Defendant.

Case No. 25-cv-01869-JPG

## MEMORANDUM AND ORDER

This case is before the Court on Defendant DVA Renal Healthcare d/b/a Davita's Motion to Strike (Doc. 18). Defendant asks the Court to strike Plaintiff Kara Livingston's claims for compensatory damages for mental anguish, distress, humiliation, loss of enjoyment of life, and for punitive damages. Plaintiff did not respond within fourteen (14) days after the motion was served as allowed by SDIL-LR 7.1(b)(2). Federal Rule of Civil Procedure 12(f) provides that, "[o]n motion made by a party . . . before responding to the pleading," the Court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Generally, motions to strike are not favored. *Khalid Bin Talal Bin Abdul Azaiz Al Seoud v. E. F. Hutton & Co.*, 720 F. Supp. 671, 686 (N.D. Ill. 1989). The Court will not strike a matter from a pleading unless it is clear that it can have no possible bearing on the subject matter of the litigation. *Capitol Indem. Corp. v. Tranel Devs., Inc.*, 144 F.R.D. 346, 347 (N.D. Ill. 1992). Moreover, pleadings will not be stricken unless the moving party is prejudiced. *Id.* Prejudice results when the matter complained of has the effect of confusing the issues or where it is so lengthy and complex that it places an undue burden on the responding party. *Anderson v. Bd. of Educ. of City of Chicago*, 169 F. Supp. 2d 864, 868 (N.D. Ill. 2001).

Defendant argues that Plaintiff's claims for damages for emotional distress and punitive damages are "immaterial and impertinent" because such damages are not available under the FMLA. The Court agrees that the FMLA does not authorize awards of punitive damages or damages for emotional distress. *See Heinze v. S. Illinois Healthcare*, No. CIV. 08-672-GPM, 2010 WL 276722, at *2 (S.D. Ill. Jan. 19, 2010). Since these damages are legally impermissible under the FMLA, Plaintiff's claims for such damages have no bearing on this litigation. Further, Defendant has shown that it will be prejudiced if the Court does not strike the claims. Allowing Plaintiff to pursue these damages would require Defendant to defend against damages not contemplated by the FMLA. This will increase litigation costs unnecessarily by expanding the scope of the trial and has the potential to confuse the issues and mislead the jury. Accordingly, the Court GRANTS Defendant DVA Renal Healthcare d/b/a Davita's Motion to Strike (Doc. 18). Plaintiff's claims for compensatory damages for mental anguish, distress, humiliation, and loss of enjoyment of life, and for punitive damages are STRICKEN.

**IT IS SO ORDERED.**
**DATED**:   **December 19, 2025**

                                                      s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **United States District Judge**